USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 7, 2025

By ECF

Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



Re: *Adorno v. Warden Michael Nessinger*, No. 24 Civ. 9760 (VEC)

Dear Judge Caproni:

    This Office represents the respondent in the above-referenced petition for a writ of habeas corpus under 28 U.S.C. § 2241 ("Petition"), in which the *pro se* petitioner presents a due process challenge to a disciplinary proceeding that allegedly occurred while Petitioner was incarcerated at Wyatt Detention Facility in Rhode Island and seeks vacatur of the disciplinary actions taken as a result of that proceeding, as well as immediate release from custody. I respectfully write to request an extension, to Wednesday, February 12, 2025, of today's deadline to respond to the Court's January 27, 2025 order directing the government to file a letter "detailing the dates on which Petitioner was transferred from Wyatt Detention Facility in Rhode Island to the RRM Center in New York and proposing appropriate next steps." ECF No. 8.

    The extension is necessary because the BOP needs more time to confirm the information about any state facility at which Petitioner may have been housed since late November, 2024. Thank you for Your Honor's consideration of this matter.

    Respectfully,

    DANIELLE R. SASSOON
    United States Attorney

By:    /s/ Joseph A. Panotja
    JOSEPH A. PANTOJA
    Assistant United States Attorney
    Tel.: (212) 637-2785
    Email: joseph.pantoja@usdoj.gov

cc: Hector Adorno, *Pro Se* (by ECF)

Application GRANTED. The Government's deadline to file a letter detailing the above-referenced dates of Petitioner's transfer and proposing next steps is ADJOURNED *nunc pro tunc* from Friday, February 7, 2025, to **Wednesday, February 12, 2025**.

IT IS FURTHER ORDERED that the Clerk is respectfully directed to mail a copy of this Order Hector Adorno, Register No. 91044-038, USP Florence – High, U.S. Penitentiary, P.O. BOX 7000, Florence, CO 81226.

SO ORDERED.

2/10/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE